

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Timothy Salinas,

\* From the 106th District Court
of Dawson County,
Trial Court No. 21-8455.

Vs. No. 11-22-00319-CR

\* January 18, 2024

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to delete the reimbursement fees. As modified, we affirm the judgment of the trial court.